# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE BRIGGS, | CASE NO. 1:11-CV-01116-LJO-DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (DOC. 13) |
| v. | |
| D. FOSTON, et al., | |
| Defendants. | |

_____/

Plaintiff Bernie Briggs ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 5, 2012, Plaintiff filed a motion to dismiss this action without prejudice, which the Court construes as a notice of voluntary dismissal.  An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii).  Plaintiff is the only party to have appeared in this action.  Pursuant to this notice, the Court HEREBY ORDERS the Clerk of the Court to close this action.  This dismissal is without prejudice.

IT IS SO ORDERED.

Dated:   **March 7, 2012**          **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

1